## ASH v. STATE.
### No. 19780.

Court of Criminal Appeals of Texas.
May 25, 1938.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The conviction is for the unlawful possession of intoxicating liquor for the purpose of sale in a dry area; penalty assessed at a fine of $100.00.

The complaint and information appear regular. The evidence adduced upon the trial is not brought forward. No complaint of the procedure has been present by bills of exception.

No error having been perceived justifying a reversal, the judgment is affirmed.